No. 89–152.  ENGLISH v. GENERAL ELECTRIC CO.  C. A. 4th Cir.  [Certiorari granted, 493 U. S. 1055.]  Motion of the Solic-

itor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.